This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                                    **No. 32,424**

**JUAN CARLOS MARTINEZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DON˜A ANA COUNTY**
**Douglas R. Driggers, District Judge**

Hector H. Balderas, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellant

Jorge A. Alvarado, Chief Public Defender
Kimberly Chavez-Cook, Assistant Appellate Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     The State appealed an order of the district court excluding the minor victim's

testimony in this case. Our third notice of proposed disposition suggested the possibility that this appeal is moot and/or nonjusticiable. In response, the State indicates that a nolle prosequi was filed in the district court on September 27, 2013. The State adds that due to the nolle prosequi, "the appeal may be summarily dismissed." [Resp. 2] Since the prosecution underlying this appeal has ended, any ruling we might make on the evidentiary issue would not afford the State any relief, and the State's appeal is therefore moot. *See State v. Sergio B.,* 2002-NMCA-070, ¶ 9, 132 N.M. 375, 48 P.3d 764 (pointing out that an appeal is moot when a ruling from the appellate court will not grant the appellant any actual relief). We therefore dismiss the appeal.

{2}     **IT IS SO ORDERED**.


_____
**CYNTHIA A. FRY, Judge**


**WE DO CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**LINDA M. VANZI, Judge**